**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HYRUM JOSEPH WEST, | ) | |
| Petitioner, | ) | 2:15-cv-01504-LDG-NJK |
| vs. | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

This is a habeas corpus proceeding under 28 U.S.C. § 2254 brought by Hyrum Joseph West, a Nevada prisoner. On September 28, 2016, this court entered an order granting respondents' motion to dismiss, but also granting petitioner leave to amend his petition. ECF No. 30. On November 1, 2016, petitioner filed an amended petition. ECF No. 33.

The court has screened the amended petition and concludes that the respondents shall be directed to respond to it. *See* Rule 4, Rules Governing § 2254 Cases in the U.S. District Courts.

**IT IS THEREFORE ORDERED** that respondents shall file a response to the amended petition (ECF No. 33), including potentially a motion to dismiss, within **sixty (60) days** of the date of this order, with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local rules.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** from service of the answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for

relief by respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

**IT IS FURTHER ORDERED** that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number.  The CM/ECF attachments that are filed shall be identified by the number or numbers of the exhibits in the attachment**.**  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in **Reno**.

**IT IS FURTHER ORDERED** petitioner's motion for an extension of time (ECF No. 31) and motion to retain existing exhibits (ECF No. 32) are GRANTED *nunc pro tunc* as of October 14, 2016.

Dated this _30_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

2